Before the Second Division, May 26, 1966

**No. P66/72.**—Ashear Bros., Inc. *v.* United States, protests 65/11597, 65/11598, and 65/11599 (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs, not block-printed by hand, similar in all material respect to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiff was sustained.

Before the Second Division, May 31, 1966

**No. P66/73.**—Louis Weinberg Associates, Inc. *v.* United States, protests 323780–K, 323883–K, and 327087–K (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of hats, bonnets, and hoods, composed wholly or in chief value of straw or ramie, similar in all material respects to those the subject of *Morris Shoenthal, Inc.* v. *United States* (52 Cust. Ct. 36, C.D. 2431), the claim of the plaintiff was sustained.

**No. P66/74.**—Mann & Bros., Inc., et al. *v.* United States, protests 63/14772, etc. (New York).

**No. P66/75.**—Ashear Bros., Inc., et al. *v.* United States, protests 64/425, etc. (New York).

**No. P66/76.**—Ashear Bros., Inc., et al. *v.* United States, protests 65/1201, etc. (New York).

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.